UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | | |
|---|---|---|
| ANTHONY BISHOP, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No: 10-81-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **ORDER** |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation [R. 23] filed by United States Magistrate Judge Edward B. Atkins.  The Report and Recommendation addresses Plaintiff Anthony Bishop's Application for Fees and Expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Judge Atkins advises that Bishop's Application be granted in the amount of $2,635.00 in fees and $415.00 in costs. [R. 23, at 1.]

Judge Atkins' Report also advises the parties that any objections must be filed within fourteen (14) days of service. [*Id.*]  The time to file objections has passed, and neither party has objected nor sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985).  Parties who fail to object to a magistrate's report and

recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court being sufficiently and otherwise advised, it is hereby **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation [R. 23] is **ADOPTED** as the opinion of this Court; and

(2) Bishop's Application for Fees and Expenses pursuant to the Equal Access to Justice Act [R. 19; R. 21] is **GRANTED**.

This 4th day of June, 2013.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge